

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Paul Carson,

Vs. No. 11-23-00225-CV

Tabitha Webster,

\* From the 32nd District Court
of Fisher County,
Trial Court No. DC2017-0029.

\* November 7, 2024

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Paul Carson.